IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

ROY LATIMORE; KEVIN )
HENDERSON; DAYVON GRANT; )
ANTONIO MONTREZ HAMM; )
CHRISTOPHER WILLIAMS; LOWE )
SHAIQUAN; ALEXANDER WILLIAMS; )
LACARIO SMITH; MODA GUEYE; )
JOEY G. WILLIAMS; MICHAEL BROWN; )
ALFREDO SOSA; JASON WELBORN; )
WILLIAMS J. STEWART; TAVARES )
ATWELL; JAMES LEE WILLIAMS; )
DONALD HEARD; MICHAEL REESE; )
VERNON RHODES; ANTONIO PAYNE; )
KYREE BRANTLEY; LAMEGIA WILLIS; )
and KEMONTE DILLINGHAM, )
 )
      Plaintiffs,[1] )
 )
  v. ) CV 324-077
 )
ANDREW MCFARLAND; RICKY )
WILCOX; TONJI KEITH; MR. WOOTEN; )
MR. KELLOM; MS. FOSTER; C/O II )
GARDNER; MS. JOHNSON; MEDICAL )
STAFF; CITY OF TELFAIR COUNTY; )
MR. SIKES; and SGT. TUCKER, )
 )
      Defendants. )

**O R D E R**

Objections to this Report and Recommendation must be filed by no later than December 9, 2024, must specify each proposed finding of fact and conclusion of law to which objection

---

[1] The Court **DIRECTS** the **CLERK** to update the spelling of Plaintiffs Joey G. Williams and Kemonte Dillingham's names on the docket in accordance with the above caption, which is consistent with Plaintiffs' complaint. (Doc. no. 1, pp. 15-16.)

is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*). Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion. 11th Cir. R. 3-1. The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on December 10, 2024.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned. A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 20th day of November, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA