U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

DEC 20 2024

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROY LATIMORE; KEVIN HENDERSON; DAYVON GRANT; ANTONIO MONTREZ HAMM; CHRISTOPHER WILLIAMS; LOWE SHAIQUAN; ALEXANDER WILLIAMS; LACARIO SMITH; MODA GUEYE; JOEY G. WILLIAMS; MICHAEL BROWN; ALFREDO SOSA; JASON WELBORN; WILLIAMS J. STEWART; TAVARES ATWELL; JAMES LEE WILLIAMS; DONALD HEARD; MICHAEL REESE; VERNON RHODES; ANTONIO PAYNE; KYREE BRANTLEY; LAMEGIA WILLIS; and KEMONTE DILLINGHAM,<br><br>   Plaintiffs,<br><br>v.<br><br>ANDREW MCFARLAND; RICKY WILCOX; TONJI KEITH; MR. WOOTEN; MR. KELLOM; MS. FOSTER; C/O II GARDNER; MS. JOHNSON; MEDICAL STAFF; CITY OF TELFAIR COUNTY; MR. SIKES; and SGT. TUCKER,<br><br>   Defendants. | CV 324-077 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all Plaintiffs except Plaintiff Roy Latimore without prejudice because

Plaintiffs may not bring a class action under the Prisoner Litigation Reform Act. This case shall proceed with Plaintiff Latimore as the sole Plaintiff as described in the Magistrate Judge's November 20, 2024 Order. (Doc. no. 4.)

SO ORDERED this 20th day of December, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE