IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

ROY LATIMORE,                         *
                                      *
        Plaintiff,                    *
                                      *
    v.                                *          CV 324-077
                                      *
ANDREW MCFARLAND, *et al.*,           *
                                      *
        Defendants.                   *

────────────────

O R D E R

────────────────

On January 2, 2025, the Court dismissed all named Plaintiffs in this case except Roy Latimore, who is the only Plaintiff to have signed the complaint and file a motion to proceed *in forma pauperis*. (Doc. No. 13.)  Plaintiff Latimore was also ordered to file an Amended Complaint on the standard form provided that contains _only_ the claims of Plaintiff Latimore.  The deadline to do so was January 24, 2025.

Plaintiff Latimore has steadfastly refused to accept the ruling that prisoner plaintiffs proceeding *in forma pauperis* cannot file class actions under the Prison Litigation Reform Act. To that end, Plaintiff Latimore has filed a motion for leave to amend the complaint containing class action allegations and claims (doc. no. 11), two motions for class certification (doc. nos. 12 & 19), a motion to set aside judgment targeted at the Court's Order

of January 2, 2025 (doc. no. 20), and a Declaration of Kyree Brantley, a fellow prisoner who attests that he has the same claims as Plaintiff Latimore (doc. no. 21). Nothing in these filings warrants reconsideration of its ruling on the prohibition against class actions by *in forma pauperis* prisoner plaintiffs, and the Court will not restate the legal basis therefor.[1]

Upon the foregoing, the Court hereby **DENIES** Plaintiff Latimore's most recent motion to certify class (doc. no. 19) and his motion to set aside judgment (doc. no. 20). Moreover, after a careful, *de novo* review of the file, the Court concurs with the Report and Recommendation of January 10, 2025, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (doc. no. 16) as its opinion and **DENIES** Plaintiff Latimore's first motion to certify class (doc. no. 12) and his motion for a retaliatory transfer (doc. no. 14).

Plaintiff Latimore is hereby advised that he has until **Monday, February 10, 2025**, to file an Amended Complaint on the standard form provided with the service copy of this Order, which does not contain class allegations or the claims of other inmates and which comports with the directives of the Magistrate Judge in his Order

---

[1] The United States Magistrate Judge has adequately explained the legal basis for the ruling in two Reports and Recommendations (doc. nos. 5 & 16).

2

of November 20, 2024.[2]  Failure to do so will result in dismissal of this action without prejudice.

    **ORDER ENTERED** at Augusta, Georgia this 28th day of January, 2025.

                                          
_____
                    UNITED STATES DISTRICT JUDGE

---

[2] In addition to the standard complaint form, the Clerk shall also provide another copy of the Order of November 20, 2024 (doc. no. 4), which provides the directives related to Plaintiff's Amended Complaint.